UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:21-cv-24099-PCH

RONALD CONWAY, an individual,

    *Plaintiff*,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI NO. 339328000, her engines, tackle, gear, appurtenances, etc., in rem,

    *Defendant*.

**ORDER DIRECTING THE RELEASE OF VESSEL IN
ACCORDANCE WITH SUPPLEMENTAL ADMIRALTY RULE E(5)**

In accordance with Supplemental Admiralty Rule E(5) and Local Admiralty Rule E(8)(b), the parties, and pursuant to the Joint Motion and request for release filed on November 23, 2021, the United States Marshall is directed to release the vessel and/or property currently being held in his custody in the above-styled action.

Simultaneously with this order, M/Y Utopia IV and its owners shall post the bond in the amount of $3,000,000, as described in the Parties' Joint Motion.

ORDERED at Miami-Dade County, Florida, this 23rd day of November, 2021.

_____
Paul C. Huck
U.S. District Judge

cc: counsel of record.