AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Ronald Conway <br><br> *Plaintiff(s)* <br> v. <br> M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., in rem, UTOPIA YACHTING LLC, MARKET AMERICA, INC. and ALM YACHT MANAGEMENT D.O <br> *Defendant(s)* | Civil Action No. 21-cv-24099-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M/Y UTOPIA IV, Official No. 1305829
c/o Jeffrey Neiman, Esq.
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Curtis J. Mase
Mase Mebane Seitz P.A.
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/13/2021

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Ronald Conway <br><br> *Plaintiff(s)* <br> v. <br> M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., in rem, UTOPIA YACHTING LLC, MARKET AMERICA, INC. and ALM YACHT MANAGEMENT D.O <br> *Defendant(s)* | Civil Action No. 21-cv-24099-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Market America, Inc.
The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Curtis J. Mase
Mase Mebane Seitz P.A.
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/13/2021

Angela E. Noble
Clerk of Court

SUMMONS

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Ronald Conway <br><br> *Plaintiff(s)* <br> v. <br> M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., in rem, UTOPIA YACHTING LLC, MARKET AMERICA, INC. and ALM YACHT MANAGEMENT D.O <br> *Defendant(s)* | Civil Action No. 21-cv-24099-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Utopia Yachting LLC
c/o Marcus G. Mahfood
200 South Biscayne Boulevard
Suite 300
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Curtis J. Mase
Mase Mebane Seitz P.A.
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/13/2021

Angela E. Noble
Clerk of Court

s/ Mary Etienne
Deputy Clerk
U.S. District Courts