UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 21-cv-24099-HUCK/BECERRA

RONALD CONWAY,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829,
MMSI No. 339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*, et al.

    Defendants.
_____/

**ORDER GRANTING MARKET AMERICA, INC.'S**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

THIS CAUSE is before the Court on Defendant Market America, Inc. and Market America Worldwide, Inc.'s Motion to Dismiss Second Amended Verified In Rem and and In Personam Complaint ("Motion") [ECF No. 66], filed on June 2, 2022.[1] Plaintiff filed a response in opposition on June 16, 2022 [ECF No. 67], to which Defendant Market America, Inc. filed a reply [ECF No. 68]. The Court heard oral argument from counsel for both parties on July 13, 2022. The Court has carefully considered the Second Amended Complaint [ECF No. 46], the parties' submissions and argument, the record, and applicable law. For the reasons stated in open court at the motion hearing, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Market America, Inc. is dismissed without prejudice. If further developments reveal that Plaintiff has a good faith

---

[1] Market America Worldwide, Inc. was previously dismissed without prejudice as a defendant in this action. *See* ECF No. 69.

basis for including Market America, Inc. as a defendant, Plaintiff may file a motion to amend for the Court's consideration.

      DONE AND ORDERED in Miami, Florida on July 14, 2022.

                                      THE HONORABLE PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record