UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

        Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829, MMSI
No. 339328000, her engines, tackle, gear,
appurtenances, etc., *in rem*, et al.

        Defendants.

## DECLARATION OF DORIS ALVAREZ-REYES

1.      This Declaration is made in accordance with 28 U.S.C. §1746.

2.      My name is Doris Alvarez-Reyes. I am an attorney at the law firm of Perkins Coie LLP and one of the attorneys for Plaintiff Ronald Conway ("Plaintiff") in this action. I am duly licensed to practice in the State of California and have been admitted to appear *pro hac vice* before this Court on behalf of Plaintiff. I have personal knowledge of the facts recited herein, and if called as a witness, could and would testify competently thereto.

3.      On February 14, 2022, my law firm hired Process Server One (the "Process Server") on behalf of Plaintiff to assist with serving Defendant ALM Yacht Management D.O.O. ("ALM") with a copy of the summons and the complaint through The Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention") since ALM resides in Serbia. We provided the Process Server with a copy of the summons and complaint in English and Serbian and paid the requires service fees. At that time, we were told that the turnaround time for serving ALM through the Hague Convention was about 4 months. Attached as Exhibit "A," is true and correct copies of relevant emails exchanged with the Process Server.

4.      On February 18, 2022, we were informed that the summons and complaint had been received at the ministry in Serbia. Attached as Exhibit "B," is true and correct copies of relevant emails exchanged with the Process Server.

5.      On March 23, 2022, I requested an update from the Process Server and was told that there was no update, that the ministry would need to send the summons and complaint through the Serbian court system who would then assign it to a server. *Id.* I was also told that the process would take months. *Id.*

6.      In May and June 2022, I again followed up with the Process Server and was told there was no update.

7.      In July 2022, through informal discovery, we obtained an ALM employer-employee agreement and uncovered that the address listed for ALM on the agreement was different than the address we had previously provided to the Process Server.

8.      On July 5, 2022, I emailed the Process Server and requested that they also attempt service on ALM at the newly discovered addressed. The Process Server informed me that they would have to resubmit the request to the ministry and that we would have to pay the service fee again. I agreed and requested that the Process Server proceed with attempting to serve ALM at the new address. Attached as Exhibit "C," is true and correct copies of relevant emails exchanged with the Process Server.

9.      In September 2022 and October 2022, I followed up multiple times with the Process Server to request a status update to no avail. My assistant also attempted to contact the Process Server in October and did not receive a response.

10.     On November 1, 2022, we finally received a response from the Process Server and were told for the first time that serving ALM through the Hague Convention could take up to 1.5 years. Attached as Exhibit "D," is true and correct copies of relevant emails exchanged with the Process Server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 17, 2022

/s/Doris Alvarez-Reyes

**Attorney for Plaintiff**

# EXHIBIT A

| | |
|---|---|
| **From:** | Jim Reynolds |
| **To:** | Mart, Debbie (SDO) |
| **Cc:** | Ed PSO; Alvarez-Reyes, Doris (LOS) |
| **Subject:** | Re: Serbia |
| **Date:** | Monday, February 14, 2022 11:47:57 AM |

confirmed.



Thank You,


Jim Reynolds
Case Manager
Process Server One
Corporate Office
555 Anton Blvd
Suite 150
Costa Mesa Ca. 92626
Corporate Process Service License Number CC-1063
DGS ID 2017413
USA-SAM CAGE Code 8NJ02
Direct: 714-464-3043
Office: 855-545-1303
Fax:   833-329-8687
jim@processserverone.com
www.processserverone.com


Offices : California, Arizona, Colorado, Illinois,
Florida, Louisiana, New York, and New Jersey
Canada- Mexico- Europe-Asia


Notice of Confidentiality and Contractual
Obligations: The documents contained in and
accompanying this e-mail transmission contain
information belonging to sender or its client(s)
which is privileged by law as private and/or
proprietary information, attorney communication,
attorney work product, or other client
applicable privileges. The information contained

in this e-mail is intended solely for the use of
the individual(s) and/or entity(ies) named
above. If you are not one of the individuals or
entities named above, you are prohibited, under
law, from reviewing, observing, or retaining
this e-mail. YOU ARE FURTHER NOTIFIED that under
the law you are prohibited from disclosing,
copying, distributing, disseminating, or taking
any other action with regard to this e-mail or
the information set forth therein. YOU ARE
FURTHER NOTIFIED that if you are using email,
text, fax or the telephone to send us work,
documents, notices or other materials consequent
to engaging our services, you acknowledge that
you have read, understood and agree to the Terms
and Conditions of our website, and that those
entire Terms and Conditions are fully
incorporated hereunder by this. YOU ARE FURTHER
NOTIFIED that all estimates for services are
subject to change in the event your assignment
requires more time or cost than originally
planned. No warranty of a particular outcome,
result or recovery of information or service is
promised or guaranteed by the company. The
company agrees to achieve the goals of the
engagement with aggressive, professional
methods, within the bounds of the law.


On Feb 14, 2022, at 11:34 AM, Mart, Debbie (SDO) <DMart@perkinscoie.com>
wrote:

Attached are the translated copies of the summons and complaint, in both English
and Serbian (Cyrillic script), along with a signed declaration in both languages for
each from the translator.  Please proceed with the service of process on ALM
Yacht Management D.O.O. in Serbia.

Thank you,

**Debbie Mart | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
D. +1.858.720.5713
F. +1.858.720.5813
E. DMart@perkinscoie.com

**From:** Jim Reynolds <jim@processserverone.com>
**Sent:** Friday, February 11, 2022 10:34 AM
**To:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Cc:** Ed PSO <ed@processserverone.com>; Alvarez-Reyes, Doris (LOS)
<DAlvarezReyes@perkinscoie.com>
**Subject:** Re: Serbia

Debbie,

It needs a signature.


Thank You,


Jim Reynolds
Case Manager
Process Server One
Corporate Office
555 Anton Blvd
Suite 150
Costa Mesa Ca. 92626
Corporate Process Service License Number CC-1063
DGS ID 2017413
USA-SAM CAGE Code 8NJ02
Direct: 714-464-3043
Office: 855-545-1303
Fax:   833-329-8687
jim@processserverone.com
www.processserverone.com

Offices : California, Arizona, Colorado, Illinois,
Florida, Louisiana, New York, and New Jersey
Canada- Mexico- Europe-Asia


Notice of Confidentiality and Contractual
Obligations: The documents contained in
and accompanying this e-mail transmission
contain information belonging to sender
or its client(s) which is privileged by
law as private and/or proprietary
information, attorney communication,
attorney work product, or other client
applicable privileges. The information
contained in this e-mail is intended
solely for the use of the individual(s)
and/or entity(ies) named above. If you

are not one of the individuals or
entities named above, you are prohibited,
under law, from reviewing, observing, or
retaining this e-mail. YOU ARE FURTHER
NOTIFIED that under the law you are
prohibited from disclosing, copying,
distributing, disseminating, or taking
any other action with regard to this e-
mail or the information set forth
therein. YOU ARE FURTHER NOTIFIED that if
you are using email, text, fax or the
telephone to send us work, documents,
notices or other materials consequent to
engaging our services, you acknowledge
that you have read, understood and agree
to the Terms and Conditions of our
website, and that those entire Terms and
Conditions are fully incorporated
hereunder by this. YOU ARE FURTHER
NOTIFIED that all estimates for services
are subject to change in the event your
assignment requires more time or cost
than originally planned. No warranty of a
particular outcome, result or recovery of
information or service is promised or
guaranteed by the company. The company
agrees to achieve the goals of the
engagement with aggressive, professional
methods, within the bounds of the law.

On Feb 11, 2022, at 10:24 AM, Mart, Debbie (SDO)
<DMart@perkinscoie.com> wrote:

Hello Jim,

Attached are the translated copies of the summons and complaint, in
both English and Serbian (Cyrillic script), along with a signed
declaration for each from the translator.  From your instructions
below, the translator's declaration needs to be in both English and
Serbian.  Is it necessary for the translator to sign the Serbian version
of the declaration or can they just translate the word "signature?"
They are in process of providing the Serbian versions to us, but
wanted clarification.

Thank you.

**Debbie Mart | Perkins Coie LLP**
**LEGAL PRACTICE ASSISTANT**
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
D. +1.858.720.5713
F. +1.858.720.5813
E. DMart@perkinscoie.com

**From:** Jim Reynolds <jim@processserverone.com>
**Sent:** Monday, January 31, 2022 2:26 PM
**To:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Cc:** Ed PSO <ed@processserverone.com>
**Subject:** Serbia

Debbie,

The fee is $995.00 plus $140.00 government fee.

We need:

Copy of the documents in English and Serbian
Copy of the translator's certificate in both languages
Copy of the translator's declaration in both languages

Turn around time is about 4 months.

Thank You,

Jim Reynolds
Case Manager
Process Server One
Corporate Office
555 Anton Blvd
Suite 150
Costa Mesa Ca. 92626
Corporate Process Service License Number CC-1063
DGS ID 2017413
USA-SAM CAGE Code 8NJ02
Direct: 714-464-3043
Office: 855-545-1303
Fax:    833-329-8687
jim@processserverone.com
www.processserverone.com

Offices : California, Arizona, Colorado, Illinois,
Florida, Louisiana, New York, and New Jersey

Canada- Mexico- Europe-Asia

Notice of Confidentiality and
Contractual Obligations: The
documents contained in and
accompanying this e-mail
transmission contain information
belonging to sender or its
client(s) which is privileged by
law as private and/or proprietary
information, attorney
communication, attorney work
product, or other client
applicable privileges. The
information contained in this e-
mail is intended solely for the
use of the individual(s) and/or
entity(ies) named above. If you
are not one of the individuals or
entities named above, you are
prohibited, under law, from
reviewing, observing, or retaining
this e-mail. YOU ARE FURTHER
NOTIFIED that under the law you
are prohibited from disclosing,
copying, distributing,
disseminating, or taking any other
action with regard to this e-mail
or the information set forth
therein. YOU ARE FURTHER NOTIFIED
that if you are using email, text,
fax or the telephone to send us
work, documents, notices or other
materials consequent to engaging
our services, you acknowledge that
you have read, understood and
agree to the Terms and Conditions
of our website, and that those
entire Terms and Conditions are
fully incorporated hereunder by
this. YOU ARE FURTHER NOTIFIED
that all estimates for services
are subject to change in the event
your assignment requires more time
or cost than originally planned.
No warranty of a particular
outcome, result or recovery of
information or service is promised
or guaranteed by the company. The
company agrees to achieve the
goals of the engagement with
aggressive, professional methods,
within the bounds of the law.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<DE 33 Summons - ALM Yacht Management D.O.O._English and SR.pdf>

<DE 22 First Amended Complaint_English and SR.pdf>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

<DE 33 Summons - ALM Yacht Management D.O.O._English and SR.pdf><DE 22 First Amended Complaint_English and SR.pdf>

# EXHIBIT B

| | |
|---|---|
| **From:** | andria@processserverone.com |
| **To:** | Alvarez-Reyes, Doris (LOS) |
| **Subject:** | RE: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia) |
| **Date:** | Wednesday, March 23, 2022 8:44:54 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Not at the moment.  This is given to the ministry, the ministry sends it through that country court system, open it goes through that process it is assigned to a server.  This process takes months.  It is not as simple as a normal serve.


Andria Beauvais

Case Manager

Process Server One

Nationwide Private Investigators and Litigation Support

1400 16th St. Suite 400

Denver, CO  80202

Office:855-545-1303

Direct: 562-228-1772

Fax: 833-329-8687

andria@processserverone.com

www.processserverone.com

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

**From:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>

**Sent:** Wednesday, March 23, 2022 9:42 AM
**To:** andria@processserverone.com
**Subject:** RE: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia)

Hi Andria,

Is there any update on this matter?

Thank you,

**Doris Alvarez-Reyes | Perkins Coie LLP**
ASSOCIATE
Pronouns: she/her/hers
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3226
F. + 1.310.788.3399
E. DAlvarezReyes@perkinscoie.com



---

**From:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Sent:** Thursday, February 24, 2022 11:06 AM
**To:** andria@processserverone.com
**Subject:** RE: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia)

Understood. Thank you for explaining, Andria.

**Doris Alvarez-Reyes | Perkins Coie LLP**
ASSOCIATE
Pronouns: she/her/hers
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3226
F. + 1.310.788.3399
E. DAlvarezReyes@perkinscoie.com



---

**From:** andria@processserverone.com <andria@processserverone.com>
**Sent:** Thursday, February 24, 2022 7:35 AM
**To:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Subject:** RE: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia)

Doris

Once the documents are received by the ministry they then go through the court system in that country and are assigned to a server.  Once served they will contact us

Andria Beauvais
Case Manager
Process Server One
Nationwide Private Investigators and Litigation Support
1400 16th St. Suite 400
Denver, CO  80202
Office:855-545-1303
Direct: 562-228-1772
Fax: 833-329-8687
andria@processserverone.com
www.processserverone.com

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

**From:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Sent:** Wednesday, February 23, 2022 9:58 AM
**To:** andria@processserverone.com
**Cc:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Subject:** RE: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia)

Hi Andria,

Thank you for the update. In terms of the process of serving ALM, the Serbian entity we seek to serve, what does it mean that the documents were received at the ministry? Also, can you please confirm what the next steps are.

Thank you,

**Doris Alvarez-Reyes | Perkins Coie LLP**
ASSOCIATE
Pronouns: she/her/hers
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3226
F. + 1.310.788.3399
E. DAlvarezReyes@perkinscoie.com



---

**From:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Sent:** Tuesday, February 22, 2022 9:37 AM
**To:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Subject:** FW: STATUS Regarding workorder 16903 (Conway v. Utopia - service in Serbia)

Hi Doris,

This appears to be a status update.  Please let me know if you need more details and I'll respond.

Thanks,

**Debbie Mart | Perkins Coie LLP**
LEGAL PRACTICE ASSISTANT
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
D. +1.858.720.5713
F. +1.858.720.5813
E. DMart@perkinscoie.com

---

**From:** andria@processserverone.com <andria@processserverone.com>
**Sent:** Friday, February 18, 2022 4:18 PM
**To:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Subject:** STATUS Regarding workorder 16903

Documents received at the ministry.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT C

| | |
|---|---|
| **From:** | andria@processserverone.com |
| **To:** | Alvarez-Reyes, Doris (LOS) |
| **Subject:** | RE: WO 16903 |
| **Date:** | Tuesday, July 05, 2022 12:13:57 PM |
| **Attachments:** | image001.png |

We would have to charge the Formal service fee again $995, Copies and the credit card fee.

Andria Beauvais
Case Manager
Process Server One
Nationwide Private Investigators and Litigation Support
1400 16th St. Suite 400
Denver, CO  80202
Office:855-545-1303
Direct: 562-228-1772
Fax: 833-329-8687
andria@processserverone.com
www.processserverone.com

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time and cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

**From:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Sent:** Tuesday, July 5, 2022 1:07 PM
**To:** andria@processserverone.com
**Cc:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Subject:** RE: WO 16903

Also, can you please confirm the fee amount.

Thank you

**Doris Alvarez-Reyes** | Perkins Coie LLP
ASSOCIATE
Pronouns: she/her/hers
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3226
F. + 1.310.788.3399
E. DAlvarezReyes@perkinscoie.com

**From:** Alvarez-Reyes, Doris (LOS)
**Sent:** Tuesday, July 5, 2022 12:06 PM

**To:** andria@processserverone.com
**Cc:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Subject:** RE: WO 16903

Yes, please proceed. Here is snapshot of the new information, including the address that we received.

Thank you,

**Doris Alvarez-Reyes | Perkins Coie LLP**
ASSOCIATE
Pronouns: she/her/hers
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3226
F. + 1.310.788.3399
E. DAlvarezReyes@perkinscoie.com

**From:** andria@processserverone.com <andria@processserverone.com>
**Sent:** Tuesday, July 5, 2022 12:00 PM
**To:** Alvarez-Reyes, Doris (LOS) <DAlvarezReyes@perkinscoie.com>
**Cc:** Mart, Debbie (SDO) <DMart@perkinscoie.com>
**Subject:** WO 16903

Hello

With he address that you just gave we would have to resubmit this to the ministry and this would incur another fee.  Is that what you would like us to do?

Andria Beauvais
Case Manager
Process Server One
Nationwide Private Investigators and Litigation Support
1400 16th St. Suite 400
Denver, CO  80202
Office:855-545-1303
Direct: 562-228-1772
Fax: 833-329-8687
andria@processserverone.com
www.processserverone.com

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and

Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

EXHIBIT D

| | |
|---|---|
| **From:** | andria@processserverone.com |
| **To:** | "Ed Soltan"; Mart_Debbie (SDO) |
| **Cc:** | Alvarez-Reyes_Doris (LOS) |
| **Subject:** | RE: WO 16903 |
| **Date:** | Tuesday, November 01, 2022 2:18:42 PM |
| **Attachments:** | image001.png |

This matter is a Hauge, I can have a server go in check but there is a few of $350.00.  These usually take several months and some cases 1.5 years

Andria Beauvais
Case Manager
Process Server One
Nationwide Private Investigators and Litigation Support
1400 16th St. Suite 400
Denver, CO  80202
Office:855-545-1303
Direct: 562-228-1772
Fax: 833-329-8687
andria@processserverone.com
www.processserverone.com

WE ARE CLOSED FOR THE FOLLOWING HOLIDAYS - Columbus Day 10.10.22, Veterans Day 11.11.22, Thanksgiving 11.24.22, Christmas 12.26.22, New Year 1.2.23, Martin Luther King day 1.16.23, Washingtons B-day 2.20.23, Memorial Day 5.29.23, Juneteenth 6.19.23 & Independence Day 7.4.23

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

**From:** Ed Soltan <ed@processserverone.com>
**Sent:** Tuesday, November 1, 2022 3:03 PM
**To:** 'Mart, Debbie (SDO)' <DMart@perkinscoie.com>; andria@processserverone.com
**Cc:** 'Alvarez-Reyes, Doris (LOS)' <DAlvarezReyes@perkinscoie.com>
**Subject:** RE: WO 16903

Andria – Can you please get the client an update.

Thank You,

Ed Sullton
Case Manager
Process Server One
Corporate Office
555 Anton Blvd
Suite 150
Costa Mesa Ca. 92626
Corporate Process Service License Number CC-1063
DGS ID 2017413
USA-SAM CAGE Code 8NJ02

Office: 855-545-1303
Direct: 800-644-6080
Fax:  833-329-8687
ed@processserverone.com
www.processserverone.com

**Serving your process service, litigation support and investigation needs everywhere!**

**Offices:**    US • Canada • Central America • South America • Caribbean
         Europe • Asia • Middle East • Australia • New Zealand

Notice of Confidentiality and Contractual Obligations: The documents contained in and accompanying this e-mail transmission contain information belonging to sender or its client(s) which is privileged by law as private and/or proprietary information, attorney communication, attorney work product, or other client applicable privileges. The information contained in this e-mail is intended solely for the use of the individual(s) and/or entity(ies) named above. If you are not one of the individuals or entities named above, you are prohibited, under law, from reviewing, observing, or retaining this e-mail. YOU ARE FURTHER NOTIFIED that under the law you are prohibited from disclosing, copying, distributing, disseminating, or taking any other action with regard to this e-mail or the information set forth therein. YOU ARE FURTHER NOTIFIED that if you are using email, text, fax or the telephone to send us work, documents, notices or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms and Conditions of our website, and that those entire Terms and Conditions are fully incorporated hereunder by this. YOU ARE FURTHER NOTIFIED that all estimates for services are subject to change in the event your assignment requires more time or cost than originally planned. No warranty of a particular outcome, result or recovery of information or service is promised or guaranteed by the company. The company agrees to achieve the goals of the engagement with aggressive, professional methods, within the bounds of the law.

**From:** Mart, Debbie (SDO) [mailto:DMart@perkinscoie.com]
**Sent:** Tuesday, November 01, 2022 4:44 PM
**To:** Ed PSO
**Cc:** Alvarez-Reyes, Doris (LOS)
**Subject:** FW: WO 16903

Hello Ed,

We spoke earlier regarding the status of process service in Serbia.  Below is the email chain requesting the second attempt on July 5, 2022.  Our credit card was charged on July 5, 2022 in the amount of $1,136.90 for the formal service fee.

Any help you can provide would be greatly appreciated.

Thank you,

**Debbie Mart | Perkins Coie LLP**
**LEGAL PRACTICE ASSISTANT**
11452 El Camino Real Ste 300
San Diego, CA 92130-2080
D. +1 858.720 5713
F. +1.858.720.5813
E. DMart@perkinscoie.com