UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-24099-PCH

RONALD CONWAY,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829,
MMSI No. 339328000, her engines, tackle,
gear, appurtenances, etc., *in rem*, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES

    This matter comes before the Court upon the parties' Joint Motion for Continuance of Trial and Pre-Trial Deadlines [ECF No. 78]. The Court conducted a hearing on the Motion and hereby orders that the Motion is GRANTED. Therefore, the March 3, 2022 Order setting the trial date and the pre-trial schedule [ECF No. 42] is hereby VACATED. However, the Court believes, and the parties agree, that it is more appropriate to stay the case rather than reset trial. Therefore, the parties shall file a status report every 60 days beginning on January 27, 2023, and either party may file an appropriate motion to lift the stay on the case.

    DONE and ORDERED in Chambers in Miami, Florida, on November 28, 2022.

                                                                         PAUL C. HUCK
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record