UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.:  21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem,* et al.,

    Defendants.
_____/

## **NOTICE OF MEDIATION**

The Mediation in this cause has been scheduled as follows:

DATE and TIME:          **March 27, 2023 at 10:00 a.m.**

LOCATION:                    Via Zoom (the zoom link will be sent the week before)

MEDIATOR:                   Lewis N. Jack, Jr., Esquire

Please send a summary of the case to the Mediator at least five days prior to the scheduled conference.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy has been filed using the CM/ECF filing system this 18th day of January, 2023 with copies emailed to the parties.

    LAW OFFICE OF LEWIS N. JACK, JR., P.A.
    8950 S.W. 74 Court, Suite 1601
    Miami, FL 33156
    (305) 665-7600/Fax:(305) 503-7209
    LNJ@florida-attorneys.com
    cmf@florida-attorneys.com

    By:____*/s/ Lewis N. Jack, Jr.*_____
        LEWIS N. JACK, JR.
        Florida Bar Number 162756

## SERVICE LIST

**Curtis J. Mase, Esquire**
Mase Mebane Seitz, P.A.
2601 South Bayshore Drive, Suite 800
Miami, FL 33133
305 377-3770
cmase@maselaw.com
anoda@maselaw.com
*Counsel for Plaintiff*

**Marcus G. Mahfood, Esquire**
The Chartwell Law Office, LLP
100 SE 2nd Street, Suite 2150
Miami, FL 33131
305 372-9044
mmahfood@chartwelllaw.com
mcaudillo@chartwelllaw.com
*Counsel for Defendant Utopia*

**Ronald A. McIntire, Esq.**
**Jacob A. Dean, Esq.**
**Doris Alvarez-Reyes, Esq.**
Perkins Coie, LLP
1888 Century Park E, Suite 1700
Los Angeles, California 90067
310 788-9900
rmcintire@perkinscoie.com
jdean@perkinscoie.com
dalvarewzreyes@perkinscoie.com
*Pro Hac Vice - Plaintiff*

**Michael A. Barcott, Esq.**
Holmes Weddle & Barcott
3101 Western Avenue, Suite 500
Seattle, Washington 98121
206 292-8008
mbarcott@hwb-law.com
*Pro Hac Vice - Plaintiff*