UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

Case No.  1:21-cv-24099-PCH

RONALD CONWAY, an individual,

     Plaintiff,

vs.

M/Y UTOPIA IV, Official No.  1305829,
MMSI No. 339328000, her engines, tackle,
gear, appurtenances, etc., in rem, et al.

     Defendants.

_____/

## NOTICE OF POSTPONEMENT OF MEDIATION

     Defendant Utopia Yachting LLC ("Defendant") hereby files the instant Notice of Postponement of Mediation advising that the voluntary mediation previously set for March 27, 2023 has been postponed until a later mutually agreeable date and time.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via E-mail on this 20th day of March, 2023, on all counsel or parties of record listed below:

Respectfully submitted,

*/s/ **Marcus G. Mahfood**_____
Marcus G. Mahfood [FBN: 41495]
**CHARTWELL LAW**
***Attorneys for Defendant Utopia***
100 SE 2nd Street, Suite 2150
Miami, FL 33131
Telephone (305) 372-9044
Fascimile (305) 372-5044
mmahfood@chartwelllaw.com

**SERVICE LIST:**

***Attorneys for Plaintiff***
CURTIS J. MASE
Florida Bar No.: 478083
cmase@maselaw.com
TYLER J. RAUH
Florida Bar No.: 1023404
trauh@maselaw.com
MASE MEBANE SEITZ, P.A
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

*Attorneys for Plaintiff Pending Pro Hac Vice Admission:*
RONALD A. MCINTIRE
California Bar No. 127407
RMcIntire@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E, Suite 1700
Los Angeles, California 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

CHRISTOPHER G. SIGMUND
Texas Bar No. 24122835
CSigmund@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

MICHAEL A. BARCOTT
Washington State Bar No. 13317
mbarcott@hwb-law.com
HOLMES WEDDLE & BARCOTT
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone: 206.292.8008
Facsimile: 206.340.0289

***Attorney for Defendant Market America, Inc.***
***and Market America Worldwide, Inc.***
JOHN PHILLIP WIEDERHOLD
jlugo@wmrfla.com
WIEDERHOLD & KUMMERLEN, PA FLORIDA

340 Columbia Drive, Suite 111
West Palm Beach, FL 33409
Telephone:  561-615-6775
Facsimile:  561-615-7225

*Attorney for Defendant Market America, Inc. and*
*Market America Worldwide, Inc. Pro Hac Vice Admission:*
PRESSLY M. MILLEN
press.millen@wbd-us.com
WOMBLE BOND DICKINSON, LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone:  919-755-2135

***Attorneys for Defendant M/Y Utopia IV***
JEFFREY ADAM NEIMAN
jneiman@mnrlawfirm.com
DERICK ROBERSON VOLLRATH
dvollrath@mnrlawfirm.com
MARCUS NEIMAN & RASHBAUM LLP
100 SE 3rd Avenue, Suite 805
Fort Lauderdale, FL 33315
Telephone:  305-400-4269