UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, et al.

    Defendants.

## JOINT STATUS REPORT

Plaintiff, Ronald Conway, and Defendants, M/Y UTOPIA IV ("Vessel") and Utopia Yachting LLC ("Vessel Owner" and, collectively, the "Utopia Defendants") (jointly, the "Parties"), file this status report in compliance with this Court's Order Granting Motion to Continue Trial and Pre-Trial Deadlines [ECF No. 78] ("Order").

    1.    Plaintiff initiated this action in November 2021. [ECF No. 1]. Plaintiff filed his Second Amended Complaint on March 21, 2022, against *inter alia* Vessel, Vessel Owner, and ALM Yacht Management D.O.O. ("ALM"). [ECF No. 46]. The Utopia Defendants answered and brought a third-party complaint against John Gilbane ("Mr. Gilbane") on April 11, 2022. [ECF No. 54].

    2.    Plaintiff Conway's position is that the Vessel Owner and ALM are alter egos and share an agency relationship; they selected, directed, and controlled the crew aboard Plaintiff's charter; they failed to provide Plaintiff with a reasonably safe Vessel, including tender; and they failed to provide Plaintiff with proper instructions to safely disembark the Vessel. Without ALM's participation in the case, particularly the discovery phase, Plaintiff will not have access to

Case No.: 21-cv-24099-PCH

necessary evidence to prove his claims.

3. The Utopia Defendants' position is that the charter agreement was a true bareboat charter, i.e., that Plaintiff was the *pro hac vice* owner of the Vessel for the duration of the charter and that Vessel Owner had no control over the selection of the crew. The Utopia Defendants deny the allegations that ALM and the Vessel Owner are alter egos.

4. The Utopia Defendants filed a third-party complaint against Mr. Gilbane, alleging, *inter alia*, that he is the true owner of the tender, and thus, any liability for negligence or lack of seaworthiness (which is expressly disputed) is imputed to Mr. Gilbane.

5. Since entry of the Order, the Utopia Defendants have effectuated service on Mr. Gilbane on December 3, 2022.

6. Since entry of the Order, Plaintiff has been utilizing the necessary means of the Hauge Convention to serve Defendant ALM. The process has proven lengthy, and Plaintiff has been unable to serve ALM.

7. Plaintiff is now assessing alternative means of service and may require this Court's intervention and assistance.

8. The Parties had a scheduled voluntary mediation for March 27, 2023.

9. Due to reasons outside the control of both parties, agreed upon discovery responses were not served until after an extension was granted. The discovery responses were served two and a half weeks before the scheduled mediation.

10. Due to reasons outside the control of both parties, an agreed upon pre-mediation demand letter was not served with ample time for Defendant's review. Plaintiff's counsel is still in the process of reviewing Defendant's discovery responses and production.

11. In a good faith effort to attempt to resolve the case without the need for further court intervention, mediation is being rescheduled.

Case No.: 21-cv-24099-PCH

Respectfully submitted,

| | |
|---|---|
| MASE SEITZ BRIGGS, P.A. | THE CHARTWELL LAW OFFICES, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Utopia* |
| 2601 South Bayshore Drive, Suite 800 | 100 SE 2nd Street, Suite 2150 |
| Miami, Florida 33133 | Miami, FL 33131 |
| Telephone: (305) 377-3770 | Telephone:    (305) 372-9044 |
| Facsimile: (305) 377-0080 | Facsimile:    (305) 372-5044 |
| | |
| By: */s/ Charlotte A. Robinson* | By: */s/ Marcus G. Mahfood* |
|    CURTIS J. MASE |    MARCUS G. MAHFOOD |
|    Florida Bar No. 478083 |    Florida Bar No.: 41495 |
|    cmase@maselaw.com |    mmahfood@chartwelllaw.com |
|    CHARLOTTE A. ROBINSON | |
|    Florida Bar No. 1039863 | |
|    crobinson@maselaw.com | |

*Attorneys Admitted Pro Hac Vice*

RONALD A. MCINTIRE
California Bar No. 127407
RMcIntire@perkinscoie.com
JACOB A. DEAN
California Bar No. 301640
JDean@perkinscoie.com
DORIS ALVAREZ-REYES
California Bar No. 340925
DAlvarezReyes@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E, Suite 1700
Los Angeles, California 90067
Telephone:    310.788.9900
Facsimile:    310.788.3399

MICHAEL A. BARCOTT
Washington State Bar No. 13317
mbarcott@hwb-law.com
**HOLMES WEDDLE & BARCOTT**
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone:    206.292.8008
Facsimile:    206.340.0289