UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-24099-PCH

**RONALD CONWAY,**

    Plaintiff,

v.

**M/Y UTOPIA IV, Official No. 1305829,
MMSI No. 339328000, her engines, tackle,
gear, appurtenances, etc.,** *in rem***, et al.,**

    Defendants.
_____/

## ORDER MODIFYING THE PARTIES STATUS REPORT SCHEDULE

This matter comes before the Court upon Plaintiff Ronald Conway's Status Report, filed March 28, 2023 [ECF No. 92]. On November 28, 2022, the Court granted the parties' Joint Motion for Continuance of Trial and Pre-Trial Deadlines [ECF No. 78] and ordered the parties to file a status report every 60 days beginning on January 27, 2023. The Court believes that it is sufficient for the parties to file a status report every 120 days. It is therefore ORDERED that the parties shall file a status report every 120 days, beginning on July 25, 2023.

DONE and ORDERED in Chambers in Miami, Florida, on March 29, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record