UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

    Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., *in rem*, et al.

    Defendants.

## JOINT STATUS REPORT

Plaintiff, Ronald Conway, and Defendants, M/Y UTOPIA IV ("Vessel") and Utopia Yachting LLC ("Vessel Owner" and, collectively, the "Utopia Defendants") (jointly, the "Parties"), file this status report in compliance with this Court's Order Granting Motion to Continue Trial and Pre-Trial Deadlines [ECF No. 78] ("Order") and Order Modifying the Parties Status Report Schedule [ECF No. 93] ("Modified Order").

1. Plaintiff initiated this action in November 2021, stemming from an injury sustained while disembarking a charter vessel [ECF No. 1].

2. Plaintiff Conway's position is that the Vessel Owner and ALM are alter egos and share an agency relationship.

3. Without ALM's participation in the case, particularly the discovery phase, Plaintiff will not have access to necessary evidence to prove his claims.

4. The Utopia Defendants deny the allegations that ALM and the Vessel Owner are alter egos.

5. The Utopia Defendants filed a third-party complaint against Mr. Gilbane, alleging,

*inter alia*, that he is the true owner of the tender, and thus, any liability for negligence or lack of seaworthiness (which is expressly disputed) is imputed to Mr. Gilbane.

6. Since entry of the Order, Plaintiff has attempting to serve Defendant ALM through the Hauge Convention.

7. As of this status report, Plaintiff has been unable to serve ALM.

8. Plaintiff is now assessing alternative means of service and may require the Court's intervention and assistance.

9. In the interim, the parties have continued to serve and respond to written discovery.

10. On May 31, 2023, Defendants served a Second Set of Interrogatories and First Request for Admissions on Plaintiff. Plaintiff has responded.

11. Since entry of the Modified Order, the parties have rescheduled voluntary mediation for September 15, 2023.

Respectfully submitted,

| | |
|---|---|
| MASE SEITZ BRIGGS, P.A. | THE CHARTWELL LAW OFFICES, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Utopia* |
| 2601 South Bayshore Drive, Suite 800 | 100 SE 2nd Street, Suite 2150 |
| Miami, Florida 33133 | Miami, FL 33131 |
| Telephone: (305) 377-3770 | Telephone:   (305) 372-9044 |
| Facsimile: (305) 377-0080 | Facsimile:   (305) 372-5044 |
| By: */s/ Charlotte A. Robinson* | By: */s/ Marcus G. Mahfood* |
| CURTIS J. MASE | MARCUS G. MAHFOOD |
| Florida Bar No. 478083 | Florida Bar No.: 41495 |
| cmase@maselaw.com | mmahfood@chartwelllaw.com |
| CHARLOTTE A. ROBINSON | |
| Florida Bar No. 1039863 | |
| crobinson@maselaw.com | |

Case No.: 21-cv-24099-PCH

*Attorneys Admitted Pro Hac Vice*

RONALD A. MCINTIRE
California Bar No. 127407
RMcIntire@perkinscoie.com
JACOB A. DEAN
California Bar No. 301640
JDean@perkinscoie.com
DORIS ALVAREZ-REYES
California Bar No. 340925
DAlvarezReyes@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E, Suite 1700
Los Angeles, California 90067
Telephone:     310.788.9900
Facsimile:      310.788.3399

MICHAEL A. BARCOTT
Washington State Bar No. 13317
mbarcott@hwb-law.com
**HOLMES WEDDLE & BARCOTT**
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone:     206.292.8008
Facsimile:      206.340.0289