UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-24099-PCH

**RONALD CONWAY,**

    Plaintiff,

v.

**M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc.,** *in rem*, **et al.,**

    Defendants.

_____/



## ORDER ADMINISTRATIVELY CLOSING THE CASE

This matter comes before the Court on the parties' Joint Status Report [ECF No. 95]. Upon reviewing the parties' Joint Status Report, the Court finds that there is a delay in this matter, and it appears that there will be further delay before the Plaintiff, Ronald Conway, is able to serve ALM. Therefore, the Court believes that it is in the best interest of the Court and the parties to administratively CLOSE this case. The parties can advise the Court to reopen this matter when they are ready to proceed.

DONE and ORDERED in Chambers in Miami, Florida, on July 26, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record