UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.:  21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

    Plaintiff,

v.

M/Y UTOPIA IV, Official No. 1305829, MMSI
No. 339328000, her engines, tackle, gear,
appurtenances, etc., *in rem,* et al.,

    Defendants.
_____/

## **MEDIATOR'S REPORT**

COMES NOW the undersigned Mediator, Lewis N. Jack, Jr., for purposes of advising this Court that this matter was mediated with all parties and their representatives in attendance on September 15, 2023. The Mediation has been completed and a settlement has been reached at Mediation.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy has been filed using the CM/ECF filing system this 18th day of September, 2023 with copies emailed to the parties.

LAW OFFICE OF LEWIS N. JACK, JR., P.A.
8950 S.W. 74 Court, Suite 1601
Miami, FL 33156
(305) 665-7600/Fax:(305) 503-7209
LNJ@florida-attorneys.com
cmf@florida-attorneys.com

By: _/s/ Lewis N. Jack, Jr._____
    LEWIS N. JACK, JR.
    Florida Bar Number 162756

## SERVICE LIST

**Curtis J. Mase, Esquire**
Mase Mebane Seitz, P.A.
2601 South Bayshore Drive, Suite 800
Miami, FL 33133
305 377-3770
cmase@maselaw.com
lcruz@maselaw.com
*Counsel for Plaintiff*

**Marcus G. Mahfood, Esquire**
The Chartwell Law Office, LLP
100 SE 2nd Street, Suite 2150
Miami, FL 33131
305 372-9044
mmahfood@chartwelllaw.com
mcaudillo@chartwelllaw.com
*Counsel for Defendant Utopia*

**Ronald A. McIntire, Esq.**
**Jacob A. Dean, Esq.**
**Doris Alvarez-Reyes, Esq.**
Perkins Coie, LLP
1888 Century Park E, Suite 1700
Los Angeles, California 90067
310 788-9900
rmcintire@perkinscoie.com
jacobdean@perkinscoie.com
dalvarezreyes@perkinscoie.com
*Pro Hac Vice - Plaintiff*

**Michael A. Barcott, Esq.**
Holmes Weddle & Barcott
3101 Western Avenue, Suite 500
Seattle, Washington 98121
206 292-8008
mbarcott@hwb-law.com
*Pro Hac Vice - Plaintiff*