UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 21-cv-24099-HUCK/BECERRA

RONALD CONWAY, an individual,

      Plaintiff,

vs.

M/Y UTOPIA IV, Official No. 1305829, MMSI
No. 339328000, her engines, tackle, gear,
appurtenances, etc., *in rem*, et al.

      Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Ronald Conway, and Defendants, M/Y UTOPIA IV ("Vessel") and Utopia Yachting LLC ("Vessel Owner" and, collectively, the "Utopia Defendants") (jointly, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal of the above-styled action with prejudice, with each party to bear its respective attorney's fees and costs.

[signature block on the following page]

Respectfully submitted,

| | |
|---|---|
| MASE SEITZ BRIGGS, P.A. | THE CHARTWELL LAW OFFICES, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Utopia* |
| 2601 South Bayshore Drive, Suite 800 | 100 SE 2nd Street, Suite 2150 |
| Miami, Florida 33133 | Miami, FL 33131 |
| Telephone: (305) 377-3770 | Telephone:    (305) 372-9044 |
| Facsimile: (305) 377-0080 | Facsimile:    (305) 372-5044 |

By: */s/ Charlotte A. Robinson*
     CURTIS J. MASE
     Florida Bar No. 478083
     cmase@maselaw.com
     CHARLOTTE A. ROBINSON
     Florida Bar No. 1039863
     crobinson@maselaw.com

By: */s/ Marcus G. Mahfood*
     MARCUS G. MAHFOOD
     Florida Bar No.: 41495
     mmahfood@chartwelllaw.com

*Attorneys Admitted Pro Hac Vice*

RONALD A. MCINTIRE
California Bar No. 127407
RMcIntire@perkinscoie.com
JACOB A. DEAN
California Bar No. 301640
JDean@perkinscoie.com
DORIS ALVAREZ-REYES
California Bar No. 340925
DAlvarezReyes@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E, Suite 1700
Los Angeles, California 90067
Telephone:    310.788.9900
Facsimile:    310.788.3399

MICHAEL A. BARCOTT
Washington State Bar No. 13317
mbarcott@hwb-law.com
**HOLMES WEDDLE & BARCOTT**
3101 Western Avenue, Suite 500
Seattle, Washington 98121
Telephone:    206.292.8008
Facsimile:    206.340.0289