UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-24099-PCH

RONALD CONWAY,

    Plaintiff,
v.

M/Y UTOPIA IV, Official No. 1305829, MMSI No. 339328000, her engines, tackle, gear, appurtenances, etc., in rem, et al.,

    Defendants.
_____/



## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal [ECF No. 100], filed on March 28, 2024. The Court has reviewed the Notice and is otherwise duly advised. Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs. All pending motions in this civil action are thus **DENIED as MOOT** and the Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on March 29, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record